# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Meineke Car Care Centers, Inc.,

       Plaintiff,                           JUDGMENT IN A CIVIL CASE

vs.                                       3:10-cv-389-RLV

Tripoli Automotive, Inc.,

       Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2010 Order.

                                       Signed: September 29, 2010

*[Signature]*

Frank G. Johns, Clerk
United States District Court